| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JAMES WILLIAM ROBINSON, aka WILLIAMS WINN,

    Petitioner,

v.

F. X. CHAVEZ, Warden,

    Respondent.

Case No. CV 09-9324 CAS (JCG)

**ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE AND DENYING CERTIFICATE OF APPEALABILITY**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Petition, all of the records herein, the Report and Recommendation of the United States Magistrate Judge, Petitioner's Objections to the Report and Recommendation, and has made a *de novo* determination. The Court approves and adopts the Magistrate Judge's Report and Recommendation.

In his Objections, Petitioner contends that, to the extent he failed to properly present his claims to the California Supreme Court, he was prevented from doing so by obstacles he encountered at the prison where he was incarcerated. (*See* Objs. at 2; Pet.'s Decl. at ¶¶ 1-16.) But his arguments concerning exhaustion do not affect the outcome because the Magistrate Judge addressed Petitioner's claims on the

1  merits.  As for Petitioner's substantive arguments (Objs. at 13-17), Petitioner
2  essentially restates those made in the First Amended Petition.  Those arguments lack
3  merit for the reasons stated in the Report and Recommendation.
4       Additionally, for the reasons stated in the Report and Recommendation, the
5  Court finds that Petitioner has not made a substantial showing of the denial of a
6  constitutional right.  *See* 28 U.S.C. § 2253; Fed. R. App. P. 22(b); *Miller-El v.*
7  *Cockrell*, 537 U.S. 322, 336 (2003).  Thus, the Court declines to issue a certificate of
8  appealability.
9       Accordingly, having made a *de novo* determination of those portions of the
10 Report and Recommendation to which objection was made, IT IS ORDERED
11 THAT:
12    1.   Judgment shall be entered dismissing the action with prejudice.
13    2.   The Clerk shall serve copies of this Order and the Judgment herein on
14 the parties.
15    3.   A Certificate of Appealability is denied.
16
17
18 DATED:  September 2, 2011
19                                                _____
20                                                HON. CHRISTINA A. SNYDER
                                               UNITED STATES DISTRICT JUDGE
21
22
23
24
25
26
27
28