1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES WILLIAM ROBINSON, aka WILLIAMS WINN, | ) Case No. CV 09-9324 CAS (JCG) ) |
| Petitioner, | ) **JUDGMENT** ) |
| v. | ) ) |
| F. X. CHAVEZ, Warden, | ) ) |
| Respondent. | ) ) |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: September 2, 2011

_Christina A. Snyder_

_____

HON. CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

1